IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MICHAEL STROHL, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES L. GRACE, et al. | : | NO. 06-2708 |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of the Petition for Writ of Habeas Corpus, the Government's Answer, inclusive of all exhibits thereto, the state court record, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED in its entirety without an evidentiary hearing; and

3. Petitioner has presented meritless claims. Furthermore, he has shown neither a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
JAMES T. GILES, J.